**Tommy GRAVES, Appellant, v. Silas NORRIS, by Next Friend, Jack Norris, Appellee.**

Court of Appeals of Kentucky.

Sept. 28, 1943.

Tanner Ottley for appellant.

J. C. Carter, Jr., for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

**Aaron SOUTH, By Next Friend, Movant, v. Carl WALTERS, Opposed.**

Court of Appeals of Kentucky.

Oct. 5, 1943.

Shumate and Shumate for movant.

J. M. Wolfinbarger, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Tom HARRIS, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 5, 1943.

Tanner Ottley for movant.

Hubert Meredith, Attorney General, and Arthur T. Iler, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.